FILED'08 AUG 26 13:55 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TURNER CONSTRUCTION CO.,
a foreign corporation,

        Plaintiff,

  v.

DORN-PLATZ PROPERTIES, INC.,
a foreign business corp-
oration, and DPP BEAVERTON
COMMERCIAL INVESTMENTS LLC,
a foreign limited liability
company,

        Defendants.

Civil No. 08-610-AC

ORDER

MARSH, Judge.

    Magistrate Judge John V. Acosta filed his Findings and Recommendation on August 8, 2008. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ P. 72(b). No

1 - ORDER

objections have been timely filed. This relieves me of my obligation to give the factual findings <u>de novo</u> review. <u>See</u> §636(b)(1)(C); <u>Simpson v. Lear Astronics Corp.</u>, 77 F.3d 1170, 1174-5 (9th Cir. 1996). Having reviewed the legal principles <u>de novo</u>, I find no error.

Accordingly, I ADOPT Magistrate Judge Acosta's Findings and Recommendation #23. Plaintiff Turner Construction Co.'s Motion (#10) to remand is GRANTED; its alternative motion to dismiss is DENIED. Plaintiff's request for attorney fees is DENIED.

IT IS SO ORDERED.

DATED this **25** day of August, 2008.

                                  */s/ Malcolm F. Marsh*
                                  Malcolm F. Marsh
                                  United States District Judge